Good morning, may I please record, Lori Hufford and Gonzalo Martinez for Continental Casualty Company and Transportation Insurance Company. We would like to reserve 5 minutes for rebuttal and subject to the court's questions I plan to go for 10 minutes on the judging appeal and then turn it over to my colleague on the speed appeal for 15 minutes. Uh, Gonzalo? My name is Sean Thank you. There is a series of remedies piled into this judgment which is passive and would be forced the court to reverse several of my proposals. On the court's issue of non-formal turning fee, there is $5 million dollars too much in this judgment. The district court determined that the offer proved standard based on Oregon law, but then did not enforce that charge. The chaser admitted that his search for new counsel qualified to defend it in a court when the offer was limited to Seattle and San Francisco and that it did not consider cost. Yes. They basically found, and I don't want to give you the general answer, but they basically found unduly fake processing of the claims, which resulted in no message to engage in a reasonable search for counsel. Okay, so you don't know what the constitution is saying, but it matters a lot if you believe that everything that the jury told the chaser's witnesses is still insufficient to justify an inference that the search for qualified counsel who would represent the most vulnerable race was limited to Seattle. The search for qualified counsel is still insufficient. And you're asking us to say that it's a matter of law, that it's not enough. That would have been good, but that's not the case. No, there's a specific failure in the evidence. Part of that failure is that the jury never heard what race anyone at the West Coast was charged to represent as insured in the trial. Sure, but even with that condition, suppose that the rate that counsel in a jurisdiction, such as Denver, being a counselor, would have been less of a great important rate than the first case, right? The important rates have been, I'm sorry to rephrase, the important rates have been higher than what they normally charge. And even with the capital costs, it's entirely logical and possible. We don't know. We don't understand. It's a little different. I'm going to suppose there have to be two orders. The question is whether or not the jury's finding that there may be a reasonable evidence to buy a qualified counsel was not supported by the record. And it seems to me that there are serious efforts that have been made here to discuss this, and experts have supplied that those things were reasonable. You had the opportunity to argue that this isn't the reasonable thing. So tell me why it's a matter of law what they think is reasonable. Do you suppose there are other jurors in here who are going to be in favor? I'm sorry. I'm sorry. Just tell me why it's a matter of law. So the jury is reasonable. Except the legal test is not whether their effort was reasonable. That is crucial. The legal test is different on either side of the test. The test on two of the rule of private law was not whether their effort on this case was, quote, reasonable. It was, and I quote, but no reasonable effort to locate non-local counsel willing to represent conservative local race and making confidential to the facts of the matter's representation of the case. That was not their substantive right. They say we made a reasonable effort. We had to explore who it was. And their reasonable effort was frivolous. Isn't that enough evidence to assert how much the jury finds that their reasonable effort was not frivolous? Yeah, I mean, look at my last point. My last point is you can't just put the trust of your lawyer in control of it all. They need to show what the rates of what they have been in the case or if they've stopped the lawsuit. That is what's so complicated. The fact that the jury doesn't do that is not consistent with the court's ability to show the true worth of their case. It's not consistent with the court's ability to understand the representation of the case. That is false. It's not trust. The fact is that trust is that no reasonable effort to locate such counsels or other trials for the matter's representation of the case. I think that it's a good jury evidence for the court to learn from the facts of the jury report that there's not a reasonable effort to show the rates of what they have been in the case. They're not going to represent it. They're not going to show the rates. They're not going to show the rates. No, that's not the case. I mean, the whole case, the whole case should be different. It's different. I'm just wondering on the court's decision to look at the case elsewhere, who would agree to perform the work in court for the case? Who would find representatives to support the case? I think it's the public. It's the public. All I can keep from trying to differentiate is between saying that they made some arguably reasonable efforts to find counsel at the jurisdiction and proving that no reasonable effort they could have made would have been successful. Actually, I'm not worried about the search of the four cities. Portland, Seattle, San Francisco, Los Angeles, which is not the search, but it's a greater search for the four cities. There's Phoenix, New York, Salt Lake City. Your Honor, that's not a law. That's not a law. There's a jury setting. Well, if you don't prove this, you're not going to get a job. Your Honor, they're experts themselves and have defined that many other metropolitan areas routinely send lawyers to Oregon as new citizens. Well, actually, I'm not worried about that. The plaintiff's got a very specialized area of law. The EPA and the state Department of Oregon is looking after multiple businesses in all parts of the country. It's a job of lawyers who are routinely included in a judicial subcourt execution. Well, I'm not saying that. The EPA and the state Department of Oregon is also considering multiple services for others, for services, to make up their rates. Why should we be concerned? Well, what are their rates? We don't know. Whether they were something between Portland and Los Angeles, we don't know whether they would have had to do with their rates. Well, there's a lot of people who want to know. I was just coming to a point where we could have some insight on the aspects that you were talking about. Well, I'm not talking about the issues. I'm talking about the different issues. Since you started with the three-point-eight, I'm not sure. You have your story. You should know that. You have your three-point-eight stories. Right. The first counsel is the stories. Right. Right. So, if you offer stories, are they their stories, too? I'm sorry. I didn't offer stories to them as to whether they have stories or not. Well, first of all, these are the situations versus the issues. I've never tried stories on my own law before. They don't pop up to me. They don't pop up to me. They're your issues. You don't say, okay. Kirk and his co-leadership in corporate government, we bumped into each other. We said, you know, it's your job now to go out and find somebody else who will take care of these things. Kirk didn't offer that. Kirk is striking that you didn't offer that to him. Right. And there's two short segments of the record that's not particularly relevant to these issues whereby we offered certain counsel. They rejected them. And we did not offer their stories. They, in fact, already had Mr. Zagla on board a year before their conflict developed. So, honestly, your Honor, the fact that they conducted those diligent searches, I couldn't have asked for more. However, the entire history of the company already had him in writing. So, I would encourage you not to pretend to be inconsistent, but whether or not you're attorney's fees are available, we should consider it. I totally disagree. I agree with that. Sorry. If your Honor's are more interested in that issue, we'll honor that. Okay. Go ahead. Oh, so, just a couple of minutes. I'm pretty sure the next thing you know, it's over. If your Honor, we have a bookstore contract here. We have three cases that are in Supreme Court saying that the perspective you should follow is three judgments, that it's fine, that it should occur. And then we have a bunch of court of appeals cases all citing each other, saying, no, no, those judgments are suspended. But the Supreme Court order to be such, the Ordinance of Rehabilitation, and, frankly, to be more powerful, this Court has to predict what the Ordinance of Rehabilitation would be, and the only indication of that is shock. Okay. Yes, sir. Your Honor, these paper cases are early. I'm working on them. Okay. I just want to point out that one is only three years old, and there isn't a single court of appeals case post-gauge on versus farmers in which there is a court. It's not that it was held in March. It's that. So, it's hard to do 33-43 decisions in 2013 before this Court has noticed to conclude that any court of appeals-level decision or even controlled outcome on three judgment interests. There isn't a single ground to predict that. And under that cast, the United States Department is pretty much wrong. Right. Whether we think they're wrong or not, we do. The Supreme Court has given no indication to follow them, and, indeed, it has affirmatively cited its case holding the opposite in the last three years. Okay. Your Honor, there's just two questions. And then we don't need a couple more to get it done, but one would certainly say that if they deserved any respect, they ought to be mentioned in the shot. And they do not. Thank you, Your Honor. Mr. Duggan, please proceed. Before I turn this over to Mr. Evans, there's a serious disagreement between the standpoint of the first version of the Interim Court and the overall concept and the rule of law in which it was introduced. This is the first version introduced. This is the substance of the question. In this case, we're trying a state court. We're trying to see if the board of directors approves. So, in the Diversity case, isn't the job of a district judge under Erie, as if you were a state judge with a district judge? Please go on. I will answer referring to this report. I can look at two entries over our shorts. Federal courts are supposed to advise state courts. State courts work on this. As a state court, you're a body in itself. You have to continue to judge your state as a state judge. That's all there is to it. Which, if we don't want you to worry about it, then we're essentially in the wrong. We're not just saying what it is, or what it is for the government. It's essentially the wrong. We shouldn't use it. We shouldn't use it. We shouldn't use it. For sure, your name may appear a bit more important when you look at the posterior cases. But you talk about discouraging forms. You're a firm interpretation of the statute. You're a firm interpretation of the law. And you support a federal court failure to respond to a pre-agreed state court. While there are still many more forms happening, you can't dismiss this. Your side is basically a state court officer. A federal court is a package division of support groups. They're removed. They're no longer in the custody. They're probably going to run out of money. They're probably going to be dismissed as a federal damage file. I'm not even sure if that is an option. I'm pretty sure. I'm pretty sure. I'm pretty sure. And that's not a federal court rule. Right? What is a federal law block? It's a bill that is going to go back to state court for a while. And it's going to become a statute. So, I'm not going to dismiss it. It's a big issue. It's a lot of work. And I know that we have to move to a safe section. So, I'm not going to dismiss it. I'm not going to dismiss it. I'm a little more exploratory about what the law is. It's a very serious issue. The overarching first hearing is the state court federal court's policy block. So, the hearing was developed to allow the oversearch of the 65. So, my previous perceptions were that the state court's policy block was going to be a moving order to review the statute of limitations. So, those are the overarching ideals of the policy block. So, the second hearing is going to be the fourth hearing. It's a federal court's policy block. So, it's a state court's policy block. So, it's just a statute on its face. But I think we've got a very helpful response. It's a very good rule. And it provides the use of the court law. It's a very good rule. It's a very good rule. It's a very good rule. It's a very good rule. It's a very good law. It's a very good law. It's a very good law. It's a very good law. And I don't think it's necessary to be organized to pass a statute on its face. The only personal interest of the state court hearing, I've covered in the past couple of chapters, is not in the way of the federal court. When the federal court applies that statute, it's actually a very simple and rough thing. It's just not in its hours. It's not in its hours to be organized to pass a statute. I think there's a clear need for the court of the state to allow the state's platform to be more influential in terms of the courts of the state. It must be so much more specific to the state courts of the state. We can't just have judges. We will look to awarding areas of law to the interstate courts. The courts of the state. But still, no, it's not just that. It's part of the human being. You can't just go to a black box. You can't go to a white box. You can't just sit down and have a little party. The prison environment is another situation. Now you're hearing a lot, and in the narrative rules, that's the background that has to be discussed. Essentially, the authority for the interstate courts is a particular case. Here, normally, we get some statements that are a little more complicated. But in the case of suffrage, the state court of the state really does have a little bit of a crossroad because we assure that we fulfill the statutory requirement. I can continue with the argument, but in one case, these are awarded, and in another, they are not. And there is a scholarship. So we're always supposed to apply state, substantive law, and state and university law questions to the interstate courts of the law schools and the overarching premise here is that the scholars say, well, this is just too much. The Oregon state court, the Oregon legislature, set out specific law requirements for the interstate courts. The Oregon state court has itself indicated that we will enforce the sanctions, the provisions of the statute, and also the purpose of the statute. Also, the Oregon state court, the Oregon legislature is required to encourage the insurers, the insurers to resolve the interstate court of litigation without being able to negotiate to impose the insurance of returns. Those are the, I think they're called, yes, that is the class, but it's the train-activated paper box. They're just similar class public policy bills. It's hard to use a way to deal with this. It's a box, it's a box, it's a paper box, and we can't award to the institution that we would like to, or even to the agency that we would like to. Of course, in most cases, whether or not we can award to the institution that we would like to, and so just moments less, so don't worry about this. We ought to do it because it's going to be, but if the Oregon legislature, and I think it's kind of CCA court, would give their views, isn't this an undernearing argument required that it's probably not going to be given a case?  but it's still a paper box. Paper box says we can't award pieces of an extra public policy bill to various institutions. Although I understand the same sentiment that's faced by some of these, and that's the argument. It's not just a paper box. We're not going to do that. These are institutions. The American local agency, we don't use that word, it's a section of ours. So you've got to think of it as a section. But most of the sections apply to individuals and families, and they will have the plural that she presented. The argument is that, instead of just using si, it can say public primacy. That was the argument in this case. She responded  at the county level of governance. And that's her argument. Good morning. I'm Eileen Forrester, and in this show, I'm going to be speaking as far as starting and concluding sentences and say why actually a single argument or two sentences is a good argument. It is the argument that we accept that there are no sheets of code that grant or denote the need for sheets to be called classes or boundaries. They can be called understanding interchanges. In the same court, we again need to draw the line to the sequence using properties or rules. And that's just because the case is so rarely accomplished that it's interesting that we need to see this from a closer point of view rather than just using rules. I already thought that I might have jumped into it. Well, first, you should know that there are many interchanges and it amounts to seeing at least one interchange in each of the levels. Some interchanges are at least important in constructing the scope of our institution. While most of the institutions in the course have many interchanges in their core                              properties, there are many interchanges       So, I think that there are many interchanges in the scope of our institution. And I think that      the scope of our institution. Thank you.
judges: Goodwin, Tallman, Hurwitz